**Appeal Dismissed and Memorandum Opinion filed February 21, 2019.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-19-00065-CR

---

### RICHARD RAY MCDONALD, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 228th District Court
Harris County, Texas
Trial Court Cause No. 1563875**

---

## MEMORANDUM OPINION

Appellant, Richard Ray McDonald, pleaded guilty to and was convicted of burglary of a habitation with the intent to commit theft. Pursuant to the terms of a plea-bargain agreement between appellant and the State, on October 29, 2018, the trial court sentenced appellant to 30 years' imprisonment.

We lack jurisdiction over this appeal because this is a plea bargain case with no appealable matters and appellant has not been granted permission to appeal. In a plea bargain case—that is, a case in which a defendant's plea was guilty or nolo contendere and the punishment did not exceed the punishment recommended by the

prosecutor and agreed to by the defendant—a defendant may appeal only matters raised by a written, pretrial motion or with the trial court's permission. Tex. R. App. P. 25.2(a)(2). Appellant's punishment does not exceed the agreed length of confinement. The record does not contain any appealable pretrial rulings, and the trial court did not grant appellant permission to appeal.

Accordingly, we **DISMISS** the appeal.

PER CURIAM

Panel consists of Justices Christopher, Hassan, and Poissant.

Do Not Publish — Tex. R. App. P. 47.2(b).